1  JOAN B. TUCKER FIFE (SBN: 144572)
   jfife@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
3  San Francisco, CA 94111
   Telephone:   415-591-1000
4  Facsimile:   415-591-1400

5  EMILIE C. WOODHEAD (SBN: 240464)
   ewoodhead@winston.com
6  WINSTON & STRAWN LLP
   333 South Grand Avenue, Suite 3800
7  Los Angeles, CA 90071-1543
   Telephone:   (213) 615-1700
8  Facsimile:   (213) 615-1750

9  Attorneys for Defendant
   U.S. BANK, N.A.
10

11
                    UNITED STATES DISTRICT COURT FOR THE
12
              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
13

14 | ELLSWORTH "CHIP" COOKE, an individual,  )   **Case No. 10-5139 BZ**
                                            )
15 |               Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                            )   **ORDER OF TRANSFER**
16 |        v.                               )
                                            )
17 | U.S. BANK National Association, a Delaware )
   | Corporation; and DOES 1 through 50 inclusive, )
18 |                                          )
                                            )
19 |               Defendants.                )
                                            )
20 |_____)

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1  Pursuant to Rule 7-12 of the Northern District Local Rules, Plaintiff Ellsworth "Chip" Cooke
2  ("Plaintiff") and Defendant U.S. Bank, N.A. ("Defendant") submit the following stipulation:
3  WHEREAS the matter of *Jason J. Spainhower v. U.S. Bank National Association*,
4  Consolidated Case No. 08-0137 JHN (PJWx) (C.D. Cal. 2008) ("*Spainhower*") is now pending in
5  the United States District Court for the Central District of California;
6  WHEREAS Plaintiff is represented by the same counsel in the instant matter who serves as
7  counsel for Plaintiff Jason J. Spainhower.
8  WHEREAS the parties agree that *Spainhower* and the instant matter are related and that
9  transfer of this matter to the Central District would promote coordination between the cases for the
10 purposes of avoiding conflicts, reducing duplicative efforts, conserving resources, and advancing an
11 efficient determination of the actions; and
12 WHEREAS the parties agree that it is necessary to conduct discovery and allow adequate
13 time for pre-trial investigation in this action, and therefore this action should not be consolidated
14 with *Spainhower* because the discovery cut-off in that action is set for February 18, 2011 and trial is
15 set for May 17, 2011,
16 IT IS HEREBY STIPULATED that the Court should transfer this case to the United States
17 District Court, Central District of California for all further proceedings with the recommendation
18 that this action should not be consolidated with *Spainhower* for pre-trial and trial proceedings.

Dated: January 18, 2011          WINSTON & STRAWN LLP

                                 By:  /s/ Emilie C. Woodhead
                                      Emilie C. Woodhead
                                      Attorneys for Defendant
                                      U.S. BANK, N.A.

Dated: January 14, 2011          HARRIS & KAUFMAN

                                 By:  /s/ Arin Norijanian
                                      Arin Norijanian
                                      Attorneys for Plaintiff
                                      ELLSWORTH "CHIP" COOKE

1

STIPULATION AND [PROPOSED] ORDER OF TRANSFER—CASE NO. 10-5139 BZ

## ATTESTATION OF CONCURRENCE

I, Emilie C. Woodhead, declare under penalty of perjury that concurrence in the filing of this document has been obtained from Arin Norijanian, attorney for Plaintiff.

Dated: January 18, 2011                WINSTON & STRAWN LLP

                                       By:  /s/ Emilie C. Woodhead
                                            Emilie C. Woodhead
                                            Attorneys for Defendant
                                            U.S. BANK, N.A.

# [PROPOSED] ORDER OF TRANSFER

Pursuant to the parties' stipulation, it is hereby ORDERED that this case shall be transferred to the United States District Court, Central District of California for all further proceedings.

It is further recommended that this action should not be consolidated with *Spainhower* for pre-trial and trial proceedings.

DATED: 18 Jan 2011

The Honorable Bernard Zimmerman
United States Magistrate Judge